# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2025

## NO. 03-25-00088-CV

**Canaan Timothy Jones, Appellant**

**v.**

**Axton Albrecht, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS

Having reviewed the record, the Court holds that Canaan Timothy Jones has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.